JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATA KAMINSKA, | Case No. CV 19-1577-MCS (JEM) |
| Plaintiff, | |
| v. | **J U D G M E N T** |
| NHON LAI, et al., | |
| Defendants. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: February 11, 2021

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE